UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE BARGER,<br><br>    Petitioner,<br><br>    v.<br><br>CALIFORNIA ATTORNEY GENERAL,<br><br>    Respondent. | Case No. 18-cv-04053-WHO (PR)<br><br>**ORDER OF TRANSFER** |

In this federal habeas action, petitioner Gale Dale Barger, aka Gary Francis Fisher, aka Sonny Barger, challenges convictions he received in the Kern County Superior Court, which lies in the Eastern District. Accordingly, this action is TRANSFERRED to the Eastern District of California as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** July 9, 2018

_____
WILLIAM H. ORRICK
United States District Judge