# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE BARGER,<br><br>    Petitioner,<br><br>v.<br><br>CALIFORNIA ATTORNEY GENERAL,<br><br>    Respondent. | Case No. 1:18-cv-00951-EPG-HC<br><br>ORDER GRANTING PETITIONER'S REQUEST TO REFER APPLICATION FOR AUTHORIZATION TO FILE A SECOND OR SUCCESSIVE PETITION TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT<br><br>(ECF No. 13) |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 6, 2018, Petitioner filed a petition for writ of habeas corpus in the Northern District of California. (ECF No. 1). The matter was then transferred to this district. (ECF No. 4). On July 16, 2018, the Court ordered Petitioner to show cause why the petition should not be dismissed as an unauthorized successive petition. (ECF No. 9).

On August 20, 2018, Petitioner filed the instant request "to obtain leave from the 9th Circuit a[s] this case seems to be a successive petition." (ECF No. 13). The Court construes Petitioner's request as an application for authorization to file a second or successive petition. See Allen v. Calderon, 408 F.3d 1150, 1153 (9th Cir. 2005) (citing Maleng v. Cook, 490 U.S. 488 (1989)) ("[T]he district court must construe *pro se* habeas filings liberally."); Bernhardt v. Los Angeles County, 339 F.3d 920, 925 (9th Cir. 2003) (noting that courts have a duty to construe *pro se* pleadings and motions liberally). Ninth Circuit Rule 22-3(a) provides that "[i]f

1

an application for authorization to file a second or successive section 2254 petition . . . is mistakenly submitted to the district court, the district court shall refer it to the court of appeals."

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request (ECF No. 13) is GRANTED;
2. The Clerk of Court is DIRECTED to refer the application for authorization to file a second or successive petition to the Clerk of the United States Court of Appeals for the Ninth Circuit; and
3. The Clerk of Court shall serve a copy of this order on the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated: **August 21, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE