# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE BARGER,<br><br>Petitioner,<br><br>v.<br><br>CALIFORNIA ATTORNEY GENERAL,<br><br>Respondent. | Case No. 1:18-cv-00951-EPG-HC<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR COURT DOCUMENTS AND DENYING PETITIONER'S REQUEST FOR A COURT ORDER<br><br>(ECF No. 15) |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 5, 2018, Petitioner filed the instant request for a court order and request for court documents. (ECF No. 15).

Although unclear, it appears that Petitioner is requesting copies of the petition and the supplement to the petition in the instant case. As a courtesy, the Court will provide copies to Petitioner this one time. However, Petitioner is advised that the Court will not grant any further requests for copies of pleadings or other documents in the Court's file. Should Petitioner need copies of documents filed in this case, he is advised that the Schedule of Fees for the U.S. District Court for the Eastern District of California requires a prepayment of fifty cents a page for documents in the Court's file. Petitioner may file a request with the Clerk's Office to advise him of the number of pages of any documents he needs, but will not provide copies without prepayment of fees.

1

1    Petitioner also requests a court order directing the California Department of Corrections and Rehabilitation to relinquish its hold on Petitioner's property as Petitioner cannot access his law books. However, the Court notes that there are no pending deadlines in the instant action because it appears that the petition is successive and the Court has referred Petitioner's application for authorization to file a second or successive petition to the United States Court of Appeals for the Ninth Circuit. (ECF No. 14). Petitioner has not provided the Court with any information regarding the nature of the hold on Petitioner's property, and given the procedural posture of this action, the Court will deny without prejudice Petitioner's request for a court order.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for court documents is GRANTED;
2. Petitioner's request for a court order is DENIED; and
3. The Clerk of Court is DIRECTED to send Petitioner copies of the petition (ECF No. 1) and the supplement to the petition (ECF No. 10).

IT IS SO ORDERED.

Dated: **October 10, 2018**         /s/ *Erica P. Grosjean*
                                    UNITED STATES MAGISTRATE JUDGE