# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE BARGER,<br><br>    Petitioner,<br><br>    v.<br><br>CALIFORNIA ATTORNEY GENERAL,<br><br>    Respondent. | Case No. 1:18-cv-00951-EPG-HC<br><br>ORDER DENYING PETITIONER'S REQUEST FOR DOCUMENTS<br><br>(ECF No. 17) |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On October 19, 2018, Petitioner filed the instant request for documents pursuant to Rule 34 and Rule 26(c) of the Federal Rules of Civil Procedure. (ECF No. 17). The Court first notes that Petitioner does not specify what documents he is requesting. Additionally, Rule 6 of the Rules Governing Section 2254 Cases provides that leave of court is required for a party to conduct discovery under the Federal Rules of Civil Procedure. Rule 6(a), Rules Governing Section 2254 Cases.

In the instant case, this Court has not authorized Petitioner to conduct discovery. Further, it appears that the petition is successive and the Court has referred Petitioner's application for authorization to file a second or successive petition to the United States Court of Appeals for the Ninth Circuit. (ECF No. 14).

1

1       Accordingly, IT IS HEREBY ORDERED that Petitioner's request for documents (ECF No. 17) is DENIED.

IT IS SO ORDERED.

Dated: **October 23, 2018**          /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE